# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARIS LOU ADAIR FURLONG,<br><br>Defendant. | CR 22-114-BLG-SPW-3<br><br>ORDER |

This order refers Defendant's Motion to Change Plea (Doc. 65), pursuant to 28 U.S.C. § 636(b)(1)(B) and Rule 59(a), Fed. R. Crim. P., to United States Magistrate Judge Timothy J. Cavan for purposes of scheduling and conducting the change of plea hearing.

IT IS FURTHER ORDERED that the trial set for December 12, 2022 is **VACATED for Defendant Charis Lou Furlong only**.

DATED this 7th day of November, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1