IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARIS LOU ADAIR FURLONG,<br><br>Defendant. | CR 22-114-BLG-SPW-3<br><br>ORDER |

Upon the United States' Oral Motion to Continue the Sentencing Hearing presently set for April 10, 2024, and no objection from the Defendant,

**IT IS HEREBY ORDERED** that the United States' Motion is **GRANTED.** The sentencing hearing currently scheduled for April 10, 2024 at 10:30 a.m. is **VACATED** and **RESET** to commence on **Thursday, May 16, 2024 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

All parties that intend to have witnesses testify at sentencing shall give notice to this Court ten (10) days prior to the sentencing date.

1

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 10th day of April, 2024.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Judge